FEAREY, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by George A. Fearey against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

FEE SIMPLE REALTY CO., Respondent, v. MIDDLETOWN REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Fee Simple Realty Company against the Middletown Realty Company and others. J. D. Connolly, of New York City, for appellants. J. L. Prager, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FEINBLATT. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Sigmund Feinblatt, an attorney. No opinion. Referred to official referee. Settle order on notice.

FERRERRA v. CONSOLIDATED TELEGRAPH & ELECTRICAL SUBWAY CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Ciro Ferrerra against the Consolidated Telegraph & Electrical Subway Company. No opinion. Motion granted, with $10 costs. Order filed.

FIRESTONE TIRE & RUBBER CO. OF NEW YORK, Respondent, v. DIXON MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by the Firestone Tire & Rubber Company of New York against the Dixon Motor Car Company. No opinion. Interlocutory judgment affirmed, with costs.

FISH, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by George D. Fish against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted, the court certifying that there are questions of law involved therein which ought to be reviewed by the Court of Appeals. See, also, 143 N. Y. Supp. 365.

FLETCHER et al. v. 416 WEST THIRTY-THIRD ST. REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Austin B. Fletcher and others, as trustees, etc., against the 416 West Thirty-Third Street Realty Company and others. F. Hulse, of New York City, for appellants. B. H. Arnold and D. Bernstein, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to respondent H. G. Vogel Co. Order filed. See, also, 152 App. Div. 943, 137 N. Y. Supp. 1120.

FOLSOM, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Chester J. Folsom, Jr., against Eva E. Collins, as executrix, etc. No opinion. Judgment affirmed, with costs.

FOLZ, Respondent, v. FOLZ, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Viola Folz against William H. Folz. B. F. Gerding, of New York City, for appellant. H. Wintner, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 App. Div. 942, 131 N. Y. Supp. 1115.

FOSTER, Appellant, v. THOUSAND ISLAND PARK ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Silas W. Foster against the Thousand Island Park Association. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 925, 141 N. Y. Supp. 1119) denied, with $10 costs.

FOSTER v. WAIT. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by George H. D. Foster against John C. Wait. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 151 App. Div. 933, 136 N. Y. Supp. 209.

FOURTH NAT. REALTY CO., Respondent, v. GOODALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by the Fourth National Realty Company against Josiah H. Goodale and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 936, 142 N. Y. Supp. 1118.

In re FOWLER'S WILL. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) In the matter of proving the will of Elizabeth H. Fowler, deceased. PER CURIAM. Decree affirmed, with costs. ROBSON, J., not sitting.

FOWLSTON, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Stanley J. Fowlston against Azariah J. Hathaway. PER CURIAM. Motion denied. See, also, 157 App. Div. 883, 141 N. Y. Supp. 1119. LYON, J., not sitting.

FOX et al. v. PROCTOR. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Hugh L. Fox and others against Frederick F. Proctor. No opinion. Application granted. Order signed.

FREET v. STANDARD SCALE & SUPPLY CO. (Supreme Court, Appellate Division, First